UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARNOLD VELASQUEZ                                  CIVIL ACTION

VERSUS                                            NO. 24-2377

OFFICER RAMIE, ET AL.                             SECTION "H" (2)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Arnold Velasquez's § 1983 claims of excessive force against Officer Ramie and Officer Moses shall remain referred to the Magistrate Judge for further proceedings.

New Orleans, Louisiana, this 1st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE